**Exhibit A to the Complaint**

**Location:** Minneapolis, MN  **IP Address:** 204.209.50.120
**Total Works Infringed:** 77  **ISP:** US Internet Corp

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3BEEA9B6317C0D95D950907BDF6A88F579D13E3E<br>File Hash:<br>B13691081941E1A2A48FE01114A3606BD9047D6AB1462C2C9EFD8D9F06146E95 | 02-22-2023 03:33:24 | Tushy | 05-26-2017 | 06-22-2017 | PA0002039288 |
| 2 | Info Hash: 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A<br>File Hash:<br>CB6851AF715BFEA42DD5AA76C2259C7F6FA49A82CB907C16679B935539EF88AC | 02-21-2023 23:07:33 | Blacked | 08-13-2018 | 09-05-2018 | PA0002134995 |
| 3 | Info Hash: FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB<br>File Hash:<br>4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 02-20-2023 20:46:27 | Tushy | 05-06-2019 | 06-03-2019 | PA0002178772 |
| 4 | Info Hash: CE74EDC69A9EE02D7EAEF30B9F3DC7A0FA93CA19<br>File Hash:<br>AD6B67077E3A7384F427669028069434AC296F9CD332D65D172D09396AC3005B | 01-24-2023 15:15:04 | Blacked Raw | 03-18-2019 | 04-08-2019 | PA0002164883 |
| 5 | Info Hash: BF1D7ED8245EDB0F1F8ED2BA78EF971A334F0EB8<br>File Hash:<br>87E3E67CC26E950C80635B5F1522BDA0B7D7CF4D7B1FC5A2F4CCC880483B78EB | 01-20-2023 17:44:02 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 6 | Info Hash: D3F024BA551E687B147333701D49D2BBF5E9A45C<br>File Hash:<br>3CD01300DCC2935123FA4FDEC88C3682CA48853D8A4232E1D9F22BBE35B15917 | 01-20-2023 06:39:16 | Tushy | 03-20-2022 | 03-29-2022 | PA0002342842 |
| 7 | Info Hash: 826FF70F30BAA33F6DAFD6FD00F4F21E1BF4E461<br>File Hash:<br>F67C86E8B0CF916B1C1E1B0FE007B9A391F11550B4B699279009F348B7555E2A | 01-20-2023 06:39:04 | Blacked | 05-07-2022 | 05-20-2022 | PA0002350371 |
| 8 | Info Hash: BCEE2B201E8BE86D6E309C344A3457EA1E53277D<br>File Hash:<br>E808D4CC998B33A513DD7C925B248A79D8F7D6D757C4E455A6806258CABE4D63 | 01-11-2023 06:57:19 | Tushy | 01-08-2023 | 01-27-2023 | PA0002393072 |
| 9 | Info Hash: 57C6912A8C0A652DCA85A3C71BF6C3DEAF6ADA9D<br>File Hash:<br>46DE425154E54C1154880B5A5814B542C2485F3870DC77DAA5A6781AC10D4A8D | 01-11-2023 06:56:31 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 10 | Info Hash: 5B3077C160BA3582630AD259484DFC305BDEB60B<br>File Hash:<br>18B36582A648ED0D8A39159D76E215F6850D2FF07F887938E4471CDA8D3098DD | 01-09-2023 07:11:39 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 11 | Info Hash: 5562787D91E3447D81F9275687499D136F496655<br>File Hash:<br>67723D0C5886F713BFB35B01B63D0B9E7465530B4EB34D54894692D91F4964BC | 01-02-2023 09:03:47 | Tushy | 05-23-2021 | 06-15-2021 | PA0002296928 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 68B66FB1A2A60C7E782CE630CE9D808491A241B3<br>File Hash: 39B26D15C1A56FDE091BB074D62C2AD36DAC8DAC23A42B0B4E597C4284FA1303 | 12-27-2022 21:14:41 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 13 | Info Hash: 5D3CD90A21CF1BA66183CA47D9CA49B30D3C19CA<br>File Hash: 2A130AF905000D7A6F4CBA401FD8B2412987D1B184DC4D643B1E1DE3007EB952 | 12-06-2022 06:48:25 | Blacked Raw | 11-25-2022 | 12-11-2022 | PA0002384771 |
| 14 | Info Hash: AE8B289AFFF64C753AA2C717FFA3C83A8218B65D<br>File Hash: ED300EB718FFF1ED54F124FA0DCDB64E6AFD1E470B0269D50872CE6413ADD235 | 12-06-2022 06:42:15 | Tushy | 11-27-2022 | 12-11-2022 | PA0002384751 |
| 15 | Info Hash: 9191BBB92E06E8742E9F6D0F6DDF1B55DF5096B5<br>File Hash: D2341F49BEC2F2FA6B25090A6B4694E3E8D0D68883109D9BD06A823F61DCC810 | 12-06-2022 06:10:19 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 16 | Info Hash: 99668E32A1637C328EBF8A57212864C42943E00A<br>File Hash: 7FDDF8B0B1F88AA554C2DA073EBD857DFAC0AF14AE2FF4CAD7E4E4E24EEC969A | 12-01-2022 05:42:27 | Tushy | 11-20-2022 | 12-11-2022 | PA0002384715 |
| 17 | Info Hash: 89C58C66D343F338D5F2A7B1B7FDC6DFB12C7050<br>File Hash: 62EEE16EFC2EA791C25B323955530CAC9F89AB9D7FBBB5BBC6ED49E1669F0A31 | 11-14-2022 06:46:10 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 18 | Info Hash: ACAEAB5A100D20A306B5F8BD063D03CFE0865F2F<br>File Hash: FE47DAC4CEFE80E8AEBCCEE88BB1FCD162E4444A536736C3E26270D841B654C3 | 11-11-2022 07:39:46 | Tushy | 11-06-2022 | 12-11-2022 | PA0002384747 |
| 19 | Info Hash: 8BA41798E33B659C6AB6BE1F5970479FC27BE064<br>File Hash: 918D5BEC584BD604582A22D42C1B6919C6FDE585CD60660FAF08C8A97738DF9C | 11-11-2022 07:35:07 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 20 | Info Hash: 49FEC5980F895C399441AF4A8C506443C455EF32<br>File Hash: 0EEACFDE820263FFC90F3B8F573BBE4BE0BC0E6A6548B184A6ABB2AE97BA8E22 | 11-11-2022 07:06:28 | Tushy | 10-30-2022 | 01-06-2023 | PA0002394017 |
| 21 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash: BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11-06-2022 06:42:33 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 22 | Info Hash: 68FE67AB258A0D6022E32F1150E9C35596E4E767<br>File Hash: EDAC6D7360617F459F5927A39F705009B879937E579E603D4CCCD1A9E44A3110 | 10-27-2022 05:24:45 | Vixen | 10-21-2022 | 11-01-2022 | PA0002378075 |
| 23 | Info Hash: 15A55EBB3FD06FE9F9067812A0D0168440813B70<br>File Hash: 4AAF11148C0E2CDFA98BABEEC2740D453CACED2CE62079EAE8D18A0C5E2E4BD7 | 10-27-2022 04:48:34 | Blacked Raw | 10-21-2022 | 10-31-2022 | PA0002377818 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 192472959510175286E0731FB04278020BC47133<br>File Hash: 0D6C6DE0F0C98545FBB3518F4880958D6F4B1877FB60D6AF0F9A11F223EB2BDD | 10-27-2022 04:44:48 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 25 | Info Hash: F323D19E1662B0B46FA7D4506FAE98ABA5503974<br>File Hash: 28EA1E0A91CE6FA6673272E22325976202C159E18EDA171F8C6D0A93F9F21A92 | 10-27-2022 04:37:53 | Tushy | 10-23-2022 | 10-31-2022 | PA0002377815 |
| 26 | Info Hash: 388128E50D34A2E03CCD58ABDF06E8FE7EBE2BD6<br>File Hash: F2202549902BF70E29B42197CC6F0F8FA4F83AB41FCDF2DA060D7D79FF76A6D7 | 10-21-2022 04:15:54 | Tushy | 10-16-2022 | 11-27-2022 | PA0002388606 |
| 27 | Info Hash: 37A113E7812CE3A6E9AA5DC3E6BAD7604000771C<br>File Hash: FB67C7CD80CEBFE4CEF574F6A19ED8B35FF92DB7458CA42570C7CCD270892191 | 10-09-2022 06:34:27 | Tushy | 08-14-2022 | 08-30-2022 | PA0002367744 |
| 28 | Info Hash: 0A943EE511B271EB4FECB0C68C646E26A824EBBA<br>File Hash: 5AF9E686D4F55210F2A0BA1CD985260CED2AB6321C7245F1E0030DEC8CFC2EED | 09-30-2022 19:28:13 | Blacked Raw | 09-26-2022 | 10-31-2022 | PA0002377828 |
| 29 | Info Hash: 338981A824928AA763B9E3D9BDE9D25FD5AE168F<br>File Hash: 6D891684FA81001D494C68013471143BBC4D3997873DD9640460F3F031CF7CCA | 09-30-2022 19:01:47 | Tushy | 09-25-2022 | 10-05-2022 | PA0002373771 |
| 30 | Info Hash: 836A8B6519AA75CE2703D778F8BB55ADFF2FF5DC<br>File Hash: 7F91960D82C517AC31C1420D852659FBE55343087180F8DCC6D5C03D535692B0 | 09-29-2022 04:41:30 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 31 | Info Hash: CE2796273FE724E80FECD23B8481E389C96DECF2<br>File Hash: 5AD272BC850A4EA9844A326496216D457855A523E327FCE318848B38D9DDA755 | 09-25-2022 03:39:19 | Blacked Raw | 09-21-2022 | 10-05-2022 | PA0002373950 |
| 32 | Info Hash: 652D8131A55ECC4DBF8862EC154ED8B640D8509E<br>File Hash: 9C1F7CD1E486848BB657AEA0EF013B50A1C236A1057A1269DE1B5543340A95F1 | 09-23-2022 14:24:00 | Tushy | 07-10-2022 | 07-22-2022 | PA0002359469 |
| 33 | Info Hash: 905E4F7C416218B8230D0E3F77FEE0E5409D7995<br>File Hash: 54E302936EF99A29636EBC9A82783F3C3976B37E467AD2E3F39B60877283F542 | 09-23-2022 05:35:14 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 34 | Info Hash: 729BA9D53C44EF9B06D41AAC804258A5C9DE2614<br>File Hash: 6FC7868F0823B31ECF15F4EF64A0F9C5A666E1B9EEE7DD814F038810190F7F5C | 09-08-2022 04:22:30 | Tushy | 08-28-2022 | 11-01-2022 | PA0002378076 |
| 35 | Info Hash: 7BF563B4F703F30A3EA277ED404C6F7E8DC9BA49<br>File Hash: 82194F9E0BA7E53546EC8BDF80B7B7899ACA230C8F95826FB3E17AB10A5EBCBE | 08-30-2022 06:03:55 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: CD8618EED714855D34A7C9855FF48459EEFC19E9<br>File Hash: EB08A4BA3B4CB230C755314B682EDBF4E44BD95A8CFA29CA36280E9AD153B27A | 07-14-2022 05:46:19 | Blacked | 11-21-2019 | 12-09-2019 | PA0002216266 |
| 37 | Info Hash: EA17D56FFCD461E84C480DE89F0B1F8829C22549<br>File Hash: 6C62E64CF42E3D091707F5E10FFABBD252FAA6EAC135265C58258003AD6A1C27 | 07-10-2022 06:26:54 | Blacked | 04-23-2022 | 05-20-2022 | PA0002350376 |
| 38 | Info Hash: 2F78F03C84E2A680BD954679AF6418805A70EF1E<br>File Hash: 90BAF10FE9DCD12F4EBB32126A7E52D019D2F931D1E3ABC94783D594792B4752 | 07-10-2022 05:57:27 | Tushy | 07-03-2022 | 07-22-2022 | PA0002359464 |
| 39 | Info Hash: A97DD32CE65682C209C2BC608BC706D63FA526FA<br>File Hash: 7B64322545AD61E7E9D5862E2244F2DF76EF9B25D8A17ADDD9288AEF527B6326 | 07-10-2022 05:53:28 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 40 | Info Hash: A596EB14ED6C28A544B780E23FDA20230DEC937A<br>File Hash: 53C753C0F8B9697F31F043986735D0058591A67E625073572A5204F24C4C9FED | 07-01-2022 21:53:45 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 41 | Info Hash: 3E06D10FCC19A13E11094FA4735F477589946E42<br>File Hash: FCE4F96C669D0350CC5120F1EE1014E8A025798042BE78EE80B1490BA3A8EFC3 | 07-01-2022 21:53:29 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 42 | Info Hash: 2443B7154EE477A3B5125C196BD5712C42DD42AB<br>File Hash: 68C1C9C4F2A5BD3FB406140144A94737FFB25E1F48AFF80C2EF9F96A375DF27E | 07-01-2022 21:52:53 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 43 | Info Hash: 8250F638FC20893A0B60A732D01F8296EB9A372E<br>File Hash: C0E0EE2941DF630579425C54DBFCC249222D7C1FC059F97E4137027A6C197835 | 06-20-2022 19:50:11 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 44 | Info Hash: BCAE36BD550D0F4C0965271CBB33EF2964210809<br>File Hash: 49F206B69AA90593C21921BD9C6AD8F86438E594625E8E42CEEB356076985373 | 06-20-2022 19:20:03 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |
| 45 | Info Hash: 1D9E0D20C47DC94E048685E7332B03C86D2F3E32<br>File Hash: 614FEC163AE5BF89B7F2D58AC3272E4B5D2D12D35DDFDAEF2EDADAB8A19EC880 | 06-09-2022 05:13:13 | Tushy | 06-05-2022 | 06-27-2022 | PA0002355037 |
| 46 | Info Hash: 7226757B46D7B4F0CDB9323574DFA7303A311143<br>File Hash: 3F65B49F299B32660A623D4D74D344AE0472C2685F7787B4F2F28FB99C254381 | 06-09-2022 04:58:46 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 47 | Info Hash: D58CBAAF703BCD1529BB3D3E9757E25FBE79C08E<br>File Hash: 9BC063C8C7D60079A96DC9335516348B33DFB84A0DDEB6DF2A6FC7EC8EE9D8E7 | 06-02-2022 05:11:04 | Tushy | 05-29-2022 | 07-21-2022 | PA0002368036 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: A8EC61CFDDDE3AD8A8898F05ACE3418B5DFF3014<br>File Hash: 634F33148B5E71A11DBA1AFEACA11D1BDA59B891FC5523A2D39B5057867B7EE3 | 06-02-2022 04:23:48 | Blacked | 05-28-2022 | 06-27-2022 | PA0002355034 |
| 49 | Info Hash: F25D6091568DCF016037878F502F7561F8BBDB62<br>File Hash: B765DC1E587DFE9F8CFFB338CE68DC6984DB58A9F3E49E002A3B6AF2120B63F8 | 04-30-2022 06:39:07 | Tushy | 04-17-2022 | 04-23-2022 | PA0002346417 |
| 50 | Info Hash: 46F84EF35ED852694DFFE90821724A9E4A0EE41F<br>File Hash: 386CBBD60EFD72646EF76C1C78182F896F3233202D1A00E321D1851AD9B60BA2 | 04-30-2022 06:00:28 | Tushy | 04-24-2022 | 05-20-2022 | PA0002350374 |
| 51 | Info Hash: A32AB126B1D4DBFB020189DB9DF602F49A13A29A<br>File Hash: 1BA0E004FEE2699E17D83605CCEA3DC5F4C5B0747F35942FFAE0C0F8D35CAED2 | 04-07-2022 05:52:32 | Blacked Raw | 04-04-2022 | 04-23-2022 | PA0002346436 |
| 52 | Info Hash: 12C206C8431717A14E9FB156DDE831C3E6CFD012<br>File Hash: F0D6752EB51CF456BB96616610372C598DA5A398D6F4433D0A2A5363391D8357 | 04-07-2022 05:38:01 | Tushy | 04-03-2022 | 04-21-2022 | PA0002353478 |
| 53 | Info Hash: F41A9DC694FB25BE9D70FC9DF75AA6D83CB1FD25<br>File Hash: 326AFC24033C9C73B095F50F829B0E18CD036F81DA13AEF68408B78227C842C2 | 03-22-2022 03:05:29 | Blacked | 03-19-2022 | 03-29-2022 | PA0002342841 |
| 54 | Info Hash: 96440842500E6962A446D4EF3B171F106445C74F<br>File Hash: 8BCB0079D48362F551F914C0918AAE253B37C0EEEAC55C7FA77F0792F5934C46 | 03-17-2022 05:33:55 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 55 | Info Hash: 3D784503196D4B95F04098E2E56852F4F7D45836<br>File Hash: 0CA6C97E0A5152060A38ADBC585FBB30E4AB94B669792EC2D68772AF1761CF24 | 02-22-2022 05:44:04 | Tushy | 02-13-2022 | 03-29-2022 | PA0002342838 |
| 56 | Info Hash: EC40852D6DAF26790A6256DD34017213CD1756BF<br>File Hash: D7973478B39F77F9FD87444AD83D272C340EFE1590C85CC40F93A503B7B38A61 | 02-02-2022 06:14:52 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |
| 57 | Info Hash: D4F4CB87CF6C9F5B302AEB41BD1901396245154E<br>File Hash: CB502BFCF04BDAE0BB88F6699859AFE62825B44BC764C9A7EEDE96882721EFA5 | 02-02-2022 03:56:26 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 58 | Info Hash: 7A1184CDBB419B7045A3440659BCF4DD6F483F03<br>File Hash: 4391980CDBE9BE2922E11B71DFBDB6BFED7B53B04BC7BF6DE1254B0C544A8675 | 02-02-2022 03:55:49 | Tushy | 01-30-2022 | 03-04-2022 | PA0002345788 |
| 59 | Info Hash: 2FCCFC943E2F866F17AD423D4D3AE9FD22133077<br>File Hash: 58C73DFDE37652A8F5D639878D6247F19BFB79384F1A8E71E37692E4BAA0987C | 01-16-2022 05:03:42 | Tushy | 01-09-2022 | 01-17-2022 | PA0002330112 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: 65F37FE17537496C1BE553A0EB8C260788E46A02<br>File Hash: 361ADF7C86F02EF214E053C78F3ED35534451586D87CB71E1E13F09D433F6F38 | 10-16-2021 05:08:41 | Blacked Raw | 10-11-2021 | 10-19-2021 | PA0002317052 |
| 61 | Info Hash: 0DED1D076E0C283D05660F54E5970AACF14DE8D4<br>File Hash: 41DCC423B7AB8D656E993CC97FCC84C6F2630BFB0642391C3A6C7DE276572C59 | 08-31-2021 05:19:38 | Tushy | 08-29-2021 | 09-21-2021 | PA0002312672 |
| 62 | Info Hash: E806533BD076970196D269AA6BCBD08F809A0035<br>File Hash: 6EB8925C9AD752A6D19694579AD8E8983D11CD176C85689F1AC8C056938D19CF | 05-07-2021 04:27:24 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |
| 63 | Info Hash: C98740C62F8F9C6B18747244C61404316A90AA7C<br>File Hash: 56A0813EBB70472E9743368766038D60CE524AF3A3E02C21CC91B5BF295DE28A | 05-07-2021 04:20:24 | Blacked Raw | 04-19-2021 | 04-27-2021 | PA0002288984 |
| 64 | Info Hash: F89AB7DC42AFCB8F2F0AAF6DDDF10122B0DDE56A<br>File Hash: 890F9CA687FEB515368B4FB710CF69630D72B84F9733C030C96FB51B7A7039AF | 04-04-2021 06:21:26 | Blacked | 03-13-2021 | 03-22-2021 | PA0002282509 |
| 65 | Info Hash: 862D6740A51A9D510E6E46DCE50494D8ED4302EF<br>File Hash: 455DE44BB1CC40BF224675EA49FAB33F5D1193B6C351A4312C7ED0B4494A1A5B | 04-04-2021 06:20:13 | Blacked Raw | 03-15-2021 | 03-22-2021 | PA0002282515 |
| 66 | Info Hash: 46E9F480C2164858AD15AF7B300D187C4AB4BB9E<br>File Hash: BD2B0360689C43E61899A19E18BD4609EA21D8DC3A51D71EE12394E88ABBB640 | 11-01-2020 04:19:14 | Blacked | 10-24-2020 | 11-05-2020 | PA0002263386 |
| 67 | Info Hash: 4B284A0C691291B7047185928CAAD62C0D415773<br>File Hash: 55BB78E76408827995311BEA5542CDD4F8EC08CF2B61ECF44084537217280AA0 | 09-07-2020 14:56:11 | Blacked Raw | 08-31-2020 | 09-05-2020 | PA0002255473 |
| 68 | Info Hash: 8C6947272066C57583DEA1BE22B4EFA1FDEC3934<br>File Hash: 801B8F13DDE9E2FC8D78067FB02B263C63FE02F8E3E8891FA483BEA0B65C3885 | 09-06-2020 15:54:45 | Tushy | 04-05-2020 | 04-17-2020 | PA0002237308 |
| 69 | Info Hash: BDF82178BBE38FCF4A50D74C67C73973CD69EF23<br>File Hash: 7F22DA1D6DA60BB321C084139E1FCFBFFAB5217515194D1BC4FC52AC899D3620 | 08-21-2020 04:41:03 | Tushy | 08-16-2020 | 08-18-2020 | PA0002253098 |
| 70 | Info Hash: DF6E4F79923A880CAF6E19FE91C78F5C8752F0F6<br>File Hash: 827C71CBFCF0299436D78692A48C676C29B557844AC9FFFFA9F8C5EF2E5901CE | 07-21-2020 22:34:34 | Blacked Raw | 07-13-2020 | 07-20-2020 | PA0002248963 |
| 71 | Info Hash: 97BB06A5FAE902A8493E12B8BD16CC02E8097CD2<br>File Hash: B7DDBD032732E32A3E0F430C80D430476C336107C9BC2E7E39BF104EAACA6E6B | 07-08-2020 01:44:12 | Tushy | 07-05-2020 | 07-20-2020 | PA0002248967 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: DFF1D77797C41F60EBB9A50A416E4E23207F0AF9<br>File Hash: E4BE58FC2ADA23AC75FA4EA3AFAE676AB154F95FCD2F0C175148DCB0E19EA602 | 06-29-2020 21:04:25 | Tushy | 06-28-2020 | 07-17-2020 | PA0002248597 |
| 73 | Info Hash: DE59C5100B1D202279BE00C0B4A7D1F924FF279F<br>File Hash: 36E448F6C97F91973F67AADA03FDA7D48824A4996A7D91BE1C1D8E0684354549 | 06-19-2020 21:52:26 | Blacked Raw | 06-15-2020 | 07-17-2020 | PA0002248596 |
| 74 | Info Hash: D08758B050D32B8F04BDE6EF48D17F4BC2D1EA64<br>File Hash: C1EEFD2AC9DFEFF6009205030DFC6621C0DF001561AEEEA4B0E726206B1A3DDD | 06-15-2020 20:41:11 | Blacked | 06-13-2020 | 06-22-2020 | PA0002245632 |
| 75 | Info Hash: 1D6971FF8508A7168FE4DF7C6FF43201B2A66DD8<br>File Hash: B95EE1824A006C2FAE6AADAFA6308956F6CBA51B12006BE4A3B8D202D65BAE0A | 05-18-2020 02:28:39 | Tushy | 05-17-2020 | 06-16-2020 | PA0002253264 |
| 76 | Info Hash: 0D62BFC85437781C02C5C227C5CFC07F187265B6<br>File Hash: 1811F7D2B8F1BD9F80C3E209DF56D408ACEB0F55AACBB26A1C701CD2E881EB7C | 05-12-2020 22:48:57 | Blacked Raw | 05-11-2020 | 06-08-2020 | PA0002243646 |
| 77 | Info Hash: E077458F7D906DB1BC69A9E02EF2C5B934934ADE<br>File Hash: E513279B7AF04260065807ABA00AA86A17B4AF7883D5C21CE38086F2B4D47408 | 04-21-2020 22:25:23 | Blacked Raw | 04-20-2020 | 05-19-2020 | PA0002241477 |